THOMAS E. FRANKOVICH (State Bar #074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA   94109
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. C 04-2439 JW PVT** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRE-TRIAL CONFERENCE** |
| v. | |
| SANTA CRUZ DINER INC., a California corporation; GILBERT F. KIRCHNER, an individual dba SANTA CRUZ DINER; LACRETIA WRIGHT; LARRY D. WRIGHT; GARY R. WRIGHT, JR.; SHANA K. WRIGHT; and TONYA R. JONES, | |
| Defendants. | |

Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS

ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California

public benefit corporation, through their undersigned counsel, and defendants SANTA CRUZ

DINER INC., GILBERT F. KIRCHNER, an individual dba SANTA CRUZ DINER, through

their undersigned counsel, stipulate, and respectfully request as follows:

1.      Plaintiffs obtained leave of Court and filed their First Amended Complaint in order to include additional defendants LACRETIA WRIGHT, LARRY D. WRIGHT, GARY R. WRIGHT, JR., SHANA K. WRIGHT and TONYA R. JONES, on August 4, 2005.

2.      Plaintiffs accomplished service of process on these newly added defendants on or about September 11, 2005.

3.      On October 11, 2005, plaintiffs' counsel stipulated with counsel for the new defendants, granting them an extension of time up to and including October 25, 2005 to answer or otherwise respond to plaintiffs' complaint.

4.      Currently, the pre-trial conference is on calendar for Monday, October 24, 2005.

5.      Accordingly, the parties wish to continue the pre-trial conference in order to provide the new defendants ample opportunity to answer or otherwise respond to plaintiffs' complaint, and to properly prepare their defense for trial.

6.      THEREFORE, the parties stipulate and respectfully request that the pre-trial conference be continued for a period of approximately 120 days.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    This Stipulation may be executed in faxed counterparts, all of which together shall

2  constitute one original document.

3    IT IS SO STIPULATED.

4

5  DATED: October 14, 2005                     THOMAS E. FRANKOVICH,
                                               *A PROFESSIONAL LAW CORPORATION*
6

7

8                                              By:_____/s/ Thomas E. Frankovich_____
                                                        Thomas E. Frankovich
9                                              Attorneys for Plaintiffs JAREK MOLSKI  and
                                               DISABILITY RIGHTS ENFORCEMENT,
10                                             EDUCATION SERVICES: HELPING YOU HELP
                                               OTHERS
11

12

13  DATED: October 14, 2005                    BORTON, PETRINI & CONRON, LLP

14

15                                             By:_____/s/ Samuel L. Phillips_____
                                                        Samuel L. Phillips
16                                             Attorney for Defendants SANTA CRUZ DINER
                                               INC., a California corporation; GILBERT F.
17                                             KIRCHNER, an individual dba SANTA CRUZ
                                               DINER

18

19                                      **ORDER**

20    IT IS SO ORDERED that the Pre-trial conference shall be continued from October 24,

21  2005, to _____February 27_____, 2006, at __11:00__ a.m./p.m.  The parties shall file their preliminary

22  pretrial and trial setting conference statement no later than ten (10) days prior to the conference.

23

24

25  Dated: October ___17___, 2005         _____

26                                         Hon. James Ware
                                           United States District Court Judge
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE PRE-TRIAL CONFERENCE                                                            3