*IT IS SO ORDERED*
*Judge James Ware*

1  Samuel L. Phillips, Esq. (SBN 127793)
   BORTON, PETRINI & CONRON, LLP
2  99 Almaden Boulevard, Suite 700
   San Jose, CA 95113
3  Telephone (408) 535-0870
   Facsimile (408) 535-0878
4

5  Attorneys for Defendants, SANTA CRUZ
   DINER; GILBERT F. KIRCHNER dba SANTA CRUZ
6  DINER, LACRETIA WRIGHT, GARY R. WRIGHT,
   JR., LARRY D. WRIGHT, SHANA K. WRIGHT
7  and TONYA R. JONES

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAREK MOLSKI, an individual; and         | Case No. C04-2439 JW PVT
     DISABILITY RIGHTS
12 | ENFORCEMENT, EDUCATION                    | **STIPULATION AND [PROPOSED]**
     SERVICES: HELPING YOU HELP                 **ORDER CONTINUING PRE-TRIAL**
13 | OTHERS, a California public benefit        **CONFERENCE**
     corporation,
14
                  Plaintiffs,
15
   v.
16
   SANTA CRUZ DINER, INC.; GILBERT F.
17 KIRCHNER dba SANTA CRUZ DINER;
   LACRETIA WRIGHT; LARRY D. WRIGHT;
18 GARY R. WRIGHT, JR.; SHANA K.
   WRIGHT; and TONYA R. JONES,
19
                  Defendants.
20

21

22         IT IS HEREBY STIPULATED by and through Plaintiffs JAREK MOLSKI,

23 DISABILITY RIGHTS ENFORCMENT, EDUCATION SERVICES, and HELPING YOU HELP

24 OTHERS (hereinafter "Plaintiffs"), on the one hand, and Defendants SANTA CRUZ DINER,

25 GILBERT F. KIRCHNER dba SANTA CRUZ DINER, LACRETIA WRIGHT, GARY R.

26 WRIGHT, JR., LARRY D. WRIGHT, SHANA K. WRIGHT and TONYA R. JONES (hereinafter

27 "Defendants"), on the other hand, as follows:

28 \\\

1. Currently, the Pre-Trial Conference is on calendar for Monday, February 27, 2006.

2. Plaintiffs obtained leave of Court and filed their First Amended Complaint in order to include additional defendants LACRETIA WRIGHT, LARRY D. WRIGHT, GARY R. WRIGHT, JR. SHANA K. WRIGHT and TONY R. JONES

3. Plaintiffs accomplished service of process on these newly added defendants on or about September 11, 2005.

4. On October 11, 2005, plaintiffs' counsel stipulated with counsel for the new defendants, granting them an extension of time up to and including October 25, 2005 to answer or otherwise respond to plaintiffs' complaint.

5. These defendants LACRETIA WRIGHT, LARRY D. WRIGHT, GARY R. WRIGHT, JR. SHANA K. WRIGHT and TONY R. JONES answered the First Amended Complaint on or about October 28, 2005.

6. The newly added defendants LACRETIA WRIGHT, LARRY D. WRIGHT, GARY R. WRIGHT, JR. SHANA K. WRIGHT and TONY R. JONES have not had sufficient time to respond to plaintiffs' allegations.

7. Plaintiffs have recently made a settlement demand which includes some possible motion practice. Due to the above-mentioned factors, the parties request a continuance.

8. Any dispositive motions are requested to be heard within 20 days prior to the Pre-Trial Conference.

9. THEREFORE, the parties stipulate and respectfully request that the Pre-Trial Conference be continued for a period of approximately 90 days.

\\\
\\\
\\\
\\\
\\\
\\\

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: February _____, 2006

                          BORTON, PETRINI & CONRON, LLP

                          By_____/s/_____
                            Samuel L. Phillips, Esq., Attorneys for Defendants,
                            SANTA CRUZ DINER; GILBERT F. KIRCHNER dba
                            SANTA CRUZ DINER, LACRETIA WRIGHT, GARY
                            R. WRIGHT, JR., LARRY D. WRIGHT, SHANA K.
                            WRIGHT and TONYA R. JONES

DATED: February _____, 2006

                          THOMAS E. FRANKOVICH,
                          A PROFESSIONAL LAW CORPORATION

                          By_____/s/_____
                            Thomas E. Frankovich, Attorneys for Plaintiffs
                            JAREK MOLSKI and DISABILITY RICHTS
                            ENFORCEMENT,EDUCATION SERVICES:
                            HELPING YOU HELP OTHERS

**ORDER**

IT IS SO ORDERED that the Pre-Trial Conference shall be continued from February 27, 2006, to _May 22_____, 2006 at __11:00am__ a.m./p.m.  The parties shall file their preliminary pretrial and trial setting conference statement no later than ten (10 days) prior to the conference and that the last day for dispositive motions to be heard will be no later than 20 days prior to the Pre-Trial Conference.

DATED: February __21__, 2006

                          _/s/ James Ware_____
                          Hon. James Ware
                          United States District Court Judge