**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jarek Molski, et al., | NO. C 04-02439 JW |
|       Plaintiffs, | **ORDER RESCHEDULING HEARING ON MOTION AND PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Santa Cruz Diner, et al., | |
|       Defendants. | |

Please take note that on the Court's own motion, Defendants' Motion for Summary Judgment and/or Dismiss currently set for May 1, 2006 is rescheduled to **June 5, 2006 at 9 a.m.** The preliminary pretrial conference presently scheduled for May 22, 2006 is also vacated. The conference will be held on the same date as the hearing on Defendants' motion, June 5, 2006 at **3.pm.** Pursuant to the Local Rules of this Court, the parties shall submit a joint statement ten days before the date of the conference.

Dated: April 18, 2006

                                                          JAMES WARE
                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jennifer L. Steneberg jsteneberg@disabilitieslaw.com
Julia Marie Adams jadams@disabilitieslaw.com
Samuel L. Phillips sphillips@bpclaw.com
Thomas E. Frankovich tfrankovich@disabilitieslaw.com
Thuy Minh-Ha Hoang thoang@disabilitieslaw.com

**Dated:  April 18, 2006**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
        **Melissa Peralta**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California