1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

10   Jarek Molski, et al.,                    NO. C 04-02439 JW

11              Plaintiffs,          **ORDER VACATING HEARING ON**
                                     **DEFENDANTS' MOTION FOR**
12      v.                           **SUMMARY JUDGMENT AND/OR**
                                     **DISMISS**
     Santa Cruz Diner, et al.,
13
              Defendants.
14   _____/

15          Pursuant to Civil Local Rule 7-1(b), the Court deems Defendants' Motion for Summary

16   Judgment and/or Dismiss presently scheduled for a hearing on June 5, 2006 submitted on the papers.

17   Accordingly, the hearing on the motion is vacated.   However, the Court will conduct a preliminary

18   pretrial conference on **June 5, 2006 at 11 a.m.**[1]

19

20   Dated: June 1, 2006

21                                              _____
                                                JAMES WARE
22                                              United States District Judge

23

24

25

26

27

28
     _____

        [1]Please note that the preliminary pretrial conference was originally set at 3 p.m.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Jennifer L. Steneberg jsteneberg@disabilitieslaw.com
    Julia Marie Adams jadams@disabilitieslaw.com
3   Samuel L. Phillips sphillips@bpclaw.com
    Thomas E. Frankovich tfrankovich@disabilitieslaw.com
4   Thuy Minh-Ha Hoang thoang@disabilitieslaw.com

5

6   **Dated:  June 1, 2006**                          **Richard W. Wieking, Clerk**

7

8                                                      **By:   /s/ JW Chambers**
                                                           **Melissa Peralta**
9                                                          **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28