THOMAS E. FRANKOVICH (State Bar #074414)
JULIA M. ADAMS (State Bar #230795)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA   94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CRUZ DINER INC., a California corporation; GILBERT F. KIRCHNER, an individual dba SANTA CRUZ DINER; LACRETIA WRIGHT; LARRY D. WRIGHT; GARY R. WRIGHT, JR.; SHANA K. WRIGHT; and TONYA R. JONES,<br><br>Defendants.<br>_____ | **CASE NO. C04-2439 JW (PVTx)**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain
2  jurisdiction over enforcement of settlement agreements).
3     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
4  through their designated counsel that the above-captioned action be and hereby is
5  dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
6     This stipulation may be executed in counterparts, all of which together shall
7  constitute one original document.

9  DATED: February 2, 2007          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

11                                  By:    /s/
                                       Julia M. Adams
12                                  Attorneys for Plaintiff JAREK MOLSKI and
                                    DISABILITY RIGHTS, ENFORCEMENT
13                                  EDUCATION SERVICES: HELPING YOU
                                    HELP OTHERS

14  DATED: February 1, 2007          BORTON, PETRINI & CONRON, LLP

16                                  By:    /s/
                                       Samuel L. Phillips
17                                  Attorney for Defendants SANTA CRUZ
                                    DINER INC., GILBERT F. KIRCHNER dba
18                                  SANTA CRUZ DINER, LACRETIA
                                    WRIGHT, LARRY D. WRIGHT, GARY R.
19                                  WRIGHT, JR., SHANA K. WRIGHT, and
                                    TONYA R. JONES

21                          **ORDER**

22     IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to
23  Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain
24  jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General
25  Release should such enforcement be necessary.

27  Dated: __February 5__, 2007   _____
28                                   Hon. James Ware
                                     UNITED STATES DISTRICT COURT